IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN GREEN,

        Plaintiff,                    No. CIV S-10-1424 EFB P

        vs.

R. MIRANDA, et. al.,

        Defendants.           ORDER

_____/

       The court, by separate order, has found plaintiff's complaint, filed on June 10, 2010, appropriate for service.  Plaintiff also filed a motion for a preliminary injunction on June 10, 2010.  In his complaint and motion for a preliminary injunction, plaintiff states that he has been denied reading glasses and that he has been hindered from writing and conducting legal research,[1] and thus his ability to litigate his appeals has been impeded.  Plaintiff further states that if he does not receive glasses he may suffer vision deterioration, and is more vulnerable to inmate assaults.  Plaintiff seeks an injunction so that he can receive his glasses.

////

////

---

[1] Plaintiff claims that another inmate helped him prepare this complaint and motion.

1

1  Accordingly, it is hereby ORDERED that:

2  1. Defendants shall respond, within 14 days, to plaintiff's motion for a preliminary
3  injunction.

4  2. The Clerk of the Court is directed to serve a copy of the original complaint (Dckt. No.
5  1), the motion for a preliminary injunction (Dckt. No. 3) and a copy of this order upon Monica
6  Anderson, Supervising Deputy Attorney General.

7  3. In addition, the Clerk of the Court is directed to mail a copy of the original complaint
8  (Dckt. No. 1), the motion for a preliminary injunction (Dckt. No. 3), and a copy of this order to
9  the litigation coordinator at High Desert State Prison.

10  Dated: July 14, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2