IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN GREEN,

    Plaintiff,                           No. CIV S-10-1424 EFB P

    vs.

R. MIRANDA, et. al.,

    Defendants.                        <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 10, 2010, plaintiff filed a motion for a preliminary injunction asserting that he had been improperly denied reading glasses. On July 14, 2010, the court ordered defendants to respond to the motion for preliminary injunction. On August 9, 2010, defendants' response represented that plaintiff has been seen by an optometrist and his glasses have been ordered and will be provided to him once they are received.

       It therefore is ORDERED that, within 30 days from the date of this order, plaintiff shall show cause why his motion for preliminary injunction should not be denied as moot. Failure to comply with this order will result in a recommendation that his motion for preliminary injunction be denied.

Dated: August 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE