1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOHN GREEN,

11          Plaintiff,          No. CIV S-10-1424 EFB P

12      vs.

13  R. MIRANDA, et al.,
                        <u>ORDER AND</u>

14         Defendants.        <u>FINDINGS AND RECOMMENDATIONS</u>

15  _____/

16       Plaintiff filed a motion for a preliminary injunction on June 10, 2010.  In his complaint

17  and motion for a preliminary injunction, plaintiff states that he has been denied reading glasses

18  and that he has been hindered from writing and conducting legal research.  The court ordered

19  defendants to respond.  Defendants state that plaintiff has been seen by an optometrist and

20  prescribed bifocals for his astigmatism.  Plaintiff's reply admits that he has received his glasses

21  and that his motion for preliminary injunction is now moot.

22       Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States

23  District Judge to this case; and

24  ////

25  ////

26  ////

Further, it is RECOMMENDED that plaintiff's June 10, 2010 motion for a preliminary injunction be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 9, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE